# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON
## CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

Case No. **6:24-CR-28-REW-HAI-1**          At: **London**          Date: **May 10, 2024**

U.S.A. vs **Scott Blair**   **X** present   **X** custody   ___ OR   AGE: **52**

**DOCKET ENTRY:** Defendant having appeared with counsel for waiver of indictment and filing of Information and, the Court being advised that the defendant wishes to enter a plea, proceedings were held as noted. Counsel, Defendant, and U.S. Probation were present as noted below. Also present were FBI Task Force Officer Zach Bryson and paralegal Jennifer Webb of the U.S. Attorney's Office.

The Court initially addressed some nuance concerning the essential elements described in the proposed plea agreement. Counsel for both parties and Defendant affirmed they had analyzed that nuance and considered it prior to the hearing.

Defendant was placed under oath and questioned by the Court. Defendant executed a Waiver of Indictment in open court and the Court made sufficient findings on the record. Consent to Plead Before U.S. Magistrate Judge executed by the Defendant. Further, the Court finds the Defendant to be fully competent and capable of entering an informed plea. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing the essential elements of the offense charged. The Defendant waives the right to appeal the guilty plea, conviction, and sentence. Except for claims of ineffective assistance of counsel, Defendant also waives the right to attack collaterally the guilty plea, conviction, and sentence. Therefore, the Court recommends that the plea should be accepted and Defendant should be adjudged guilty of the offense charged in the Information. A separate Recommendation concerning plea acceptance will be entered.

In the event this hearing is transcribed, the portion containing the closed session shall be filed UNDER SEAL.

The parties executed a plea agreement prior to today's proceeding. The United States SHALL promptly file the revised plea agreement in the record. The signed plea agreement filed in the record will be deemed the original plea agreement for docketing purposes. The printed original shall be maintained by counsel for the government in the case file.

**PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE**

| **Amanda Ramsey** | **Audio File Number** | **Scott Greiwe** | **Justin E. Blankenship** |
|---|---|---|---|
| Deputy Clerk | Court Reporter | U.S. Probation | Assistant U.S. Attorney |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-24-CR-28-REW-HAI-1_20240510_110355.

Counsel for Deft: **Ned Pillersdorf**   **X** present  **X** retained   ___ appointed

**PROCEEDINGS: WAIVER OF INDICTMENT, FILING OF INFORMATION AND GUILTY PLEA**

**X**   Waiver of Indictment executed and shall be filed in the record.

**X**   Information filed in open court.

**X**   Copy of Information given to Defendant.

| | |
|---|---|
| X | Defendant states true name is <u>Scott Blair.</u> |
| — | _____ appointed Attorney under the Criminal Justice Act. |
| X | Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. |
| X | Information Read. |
| X | Defendant waived his right to a trial by jury. |
| X | Defendant pleads <u>X</u> GUILTY to <u>the Information</u>. |
| X | PLEA AGREEMENT shall be filed in the record by the United States. |
| — | Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P. |
| — | Defendant released subject to conditions of release. |
| X | Defendant remanded to custody pursuant to 18 USC 1343. |
| X | Sentencing to be set by separate order. |

Copies: COR, USP, USM

TIC:   <u>1 hr. 1 min.</u>

Clerk's Initials:  apr

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge