July 4, 2024

To Whom It May Concern,

My name is Phil Neace of Hazard, Kentucky and I am writing today as a friend of Scott Blair for well over 30 years. I first knew Scott from my late high school - early college years as he and I were both lifeguards working summers at the Perry County Park swimming pool.

Our career paths differed after that time, but we both stayed in the Perry County community, he practicing law and myself as a teacher in Perry County for 30 years with the final 20 of those years dedicated to the building of the Perry County Central High School Drama program before I retired in 2022.

As we remained friends in our community I have always thought of and seen Scott Blair as a positive force in our county and a gentleman of outstanding character. Right from the beginning of my development of the drama team, he was a primary source of support. Scott and other members of his family, were frequently in attendance

at our theatre performances and was
always there as a means to provide for
many productions, thru funds or with
items needed for shows. He was a
tremendous supporter of our program.
Some of my student performers were
subjects of cases in helping them with
troubling family situations, Scott would
often attend shows that these students
worked in, offering them many positive
words of encouragement.

    Scott's current situation came as a
shock to me and many in our town.
I write this with the hope that any
decisions made concerning Scott Blair
can be influenced by mine and the
many positive opinions about him.
I hope and pray you may take these
words into consideration.

    Sincerely,

       Phil Neace
       director, Perry County Central HS
       Drama Program, The Commodore Players
       (retired)



Dear Judge Weir,

We are writing you to ask for leniency in Scott Blair's sentencing. Scott has been a friend of ours for the past twenty years, since we were born. He is our favorite person in the world. and he is to many others as well. Anytime we needed something he was always there. When we turned sixteen and bought our first car he bought us Guardian Angels, to watch over us and keep us safe. We keep them in our car at all times and when I look up at my sun visor and see them I am reminded of how much he means to me and how much he is always with us. I know that he is always with us. I know that he regrets everything that has happened. My sister and I are again are asking for your consideration to the bc merciful in his sentencing. Thank you so much.

Sincerely,
Abby & Presley Steele

Dear Judge Weir,

I am writing to you on behalf of Scott Blair who is awaiting sentencing. I fully understand the gravity of the situation and your role in determining the appropriate outcome.

I have known Scott and his whole family for many years. I am a Nurse Practitioner and at one time took care of several people in his family, including Scott. Scott is a kind and gentle person that unfortunately was caught up



in the drug scene here that
blankets our county.
   I know that Scott deeply
regrets his actions and I am
positive that he will make
every effort to make amends
for his actions.
   I am aware that Scott
understands the seriousness
of the charges and the impact
it has had. It has been
especially hard on his Mother
who is not well.
   I respectfully ask for
leniency in sentencing for Scott.
   I believe he deserves a chance



to demonstrate his ability to
learn from his this experience
and to make a meaningful
contribution moving forward.

   Thank you for taking the
time to read my letter.

   Sincerely,
      Vera Wopper

Dear Judge,
   I am writing you today to offer my heartfelt support for Scott Blair, our Commonwealth Attorney, who is currently facing serious charges. My name is Tommy Wells, and I have known Scott Blair for over 25 years. Our friendship began during one of the most challenging times in my life, and Scott's kindness and generosity has had a lasting impact on me.

   I am deeply aware of the charges against Scott Blair, and I understand the gravity of the situation. However I respectfully ask that you consider the positive influence Scott has had on so many lives, including my own. His dedication to help others, his empathy, and his willingness to provide a second chance to those in need are qualities that should not be overlooked.

   Scott Blair's struggles with substance abuse and mental health challenges have, at times, led him to make poor decisions. Nevertheless, his commitment to serving the community and his genuine desire to help others remain steadfast. I believe that leniency would allow Scott to contributing to our community and support his own journey towards recovery and redemption.

   Thank you for your time and consideration of this letter. I trust that you will take into account Scott Blair's remarkable contributions to the lives of those

he has helped, including myself,
when making your decision.

Sincerely,
Tommy Wells and Our
entire Family

Tommy Wells
7040 Ky. Hwy 7
Viper Ky. 41774

June 3, 2024
Hazard, Ky.

Honorable Judge Weir,

I'm writing to you on behalf of my friend, Scott Blair.

Scott is a very dear friend of mine and lives in my neighborhood. I'm an elderly widow and Scott has never failed to remember me on many occasions such as birthdays and Christmas.

Scott lives next door to my daughter and has meant so much to her, especially sick for a very short time and died so unexpectedly. Scott went to her and sat many hours with her as she was grieving. He was such a friend to her and her son during this trying time. She would tell you she couldn't have made it through those days and months without his friendship and compassion.

Scott is a loving and caring young man and a friend to so many in our community.

I hope you will take Scott's many wonderful qualities under advisement upon sentencing.

Sincerely,
Elizabeth Colwell

July 25, 2024

Honorable Judge Weir;

My name is Allenta Williams. I am the pastor's wife at Big Leatherwood First Baptist Church in Perry County. I am writing in reference to Scott Blair.

I first met Scott when I was employed by the Perry County Attorney's Office. We quickly became friends as he was one of the most humble and compassionate people I have met.

His huge heart shown in many ways. He always was willing and ready to help and aid our office in any way possible. He constantly stopped by with an encouraging word and we never had to question his appreciation for our office.

Through the years, I have been involved in many projects to support our county and community. I could always count on Scott for his support. His dedication and support to our local Veterans, church and school organizations was unmatched. Scott donated to our food pantry, provided food for funerals and helped many flood victims. He never missed an event that was important to his office or his friends.

Scott was good to everyone. Never did he consider one person above another. He would listen to everyone. Scott was the one you could always count on when you needed him. Many times, I went to Scott to talk. He always listened.

I believe Scott's heart for people and his love for his family led him to keep his own hurt inside to the point it became overwhelming. I'm sure Scott never wanted to disappoint anyone and that he is more disappointed in himself then we are. I can't imagine how he felt keeping so much inside and I'm so sorry I couldn't see it.

Surprisingly, Scott always had a smile for everyone! I don't know how he did it. I pray he gets the help he needs.

Scott always took the best of care of his family. Through his mother's illness, Scott has been an amazing help to her. I know his heart breaks being apart from her. Scott Blair is near to our hearts and especially to his family. Many people love Scott and pray for him daily. I pray the best for him and his family.

Thank you,

Allinton William

Hello I'm writing this letter on the backside of a photo that was taken with Scott at the Perry Co. Reenactment. It shows his support to our community.

Scott is a good neighbor to us on Cornell Ave. If I needed him no matter what time he was there. He offered to help me carry things in the house, He would buy gifts for me at christmas. On all holidays he would yell across the street to say have a good day. He never walked away from me without saying he loved me. I've heard him say that to many folks. My personal opion of Scott is he got caught up in the trap of life style that many fall for, That dosint make him a bad person, He deserves a chance to overcome and put back to work. He needs his family and friends I don't have enough time to write about all the good he has done for others. His smile is sunshine! Janet Cornett



Dear Judge Weir,

I'm writing this Concerning Scott Blair, I'm
Just a Nobody in our Society, but when you
are around Scott, you really feel like Someone
important & I miss that. I've Seen how wrong
things can go in the System and I dont want to
see that happen to my friend. I've known Scott Since
he was a child & I've Never known a more humble,
Kind and Caring & giving Person. Even when I
Volunteered for the ambulance Service, I remember
a young boy digging for change to Put in our
buckets at the road blocks. As the years Passed,
his family became his life, but he made his friends
feel Just as important. No matter where you meet
him he always has that bear hug & Sweet Smile for
everyone. He worked his butt off to get elected,
I really wonder how many Pair of Shoes he
wore out going from door to door, Not Paying others
to do it, he did it himself. And as far as our
Community goes, Scott has always been there,
donating his money and his time, even right
down to the telethons for floods, tornados, didnt
have to be our County, I'm Sure If you watched,
you saw Scott answering the Phones.
        Judge, When my mom Passed away, Scott
Knew how close we were, he Knew that She

Was my world. He took his lunch hour, drove all the way from Hazard to Leatherwood to be with us and pay his respects.

Any time a family member was sick, Scott was checking on me, wanting to know if there's anything he can do. Any time I was feeling down, all I'd have to do is talk to Scott and he'd lift me back up. Judge, It's not just me, he's like that with everyone, any of his friends will tell you this, & people that meet him for the first time, want to get to know him more. I don't know where things went wrong, I don't know if he did that drug or not, but they say if you do it one time you're hooked, If that is the case, Scott doesn't need to be in prison, he needs help. Scott has done so much to help others, out-weighing any mistakes he could have made. Judge, Please! Please! take this into consideration when our loving friend faces you. We love and miss him so much, and I know his mother needs him with her, She's not in good health. I hope this letter finds you well, Thanks for your time! God bless!

Donna Eversole

P.S. My Father wanted me to add his name in support of Scott also, I care for him now since mom passed.

Marshall Hooker

Hello,

My name is Melissa Daugherty, I am an Assistant Manager for our local Walmart, where I have been for almost 20 years. I am writing this letter on behalf of my dear friend Scott Blair. I have known Scott for over 35 years and during that time, I have also watched him grow into the amazing man he has become.

During our times of growing up, we have done many different support programs where Scott was right by my side, his support for our community speaks to the involvement he has personally had in programs such as, Cancer Awareness, April Sexual Assault Awareness, May Mental Health Awareness, October being Breast Cancer Awareness. In which I can speak to personally to. Our Aunt was diagnosed with Breast Cancer where Scott went and visited her at Cancer Center, Hospice Center, Hospital and at home. Scott also bought flowers. The love and bond they had was that of a mom + son, since my aunt lost her only child in a car wreck, Scott took upon himself to be there, to fill a void and support her. She was also a member of the Mount Olivet Baptist Church for over 41 years.

Scott has always been a pleasure to be around. He has always been warm + welcoming, the empathy and care for not only his family, but for his community is something we need more of. I feel it to be an honor to be able to speak about someone who has dedicated himself to making things better, supporting his community, I am very thankful

for the opportunity to be able speak of a man
who I Know has worked so hard and has supported
Our community.

If you need anything else, Please feel free to reach
Out.

Melissa Daugherty
cell: 606-591-8033

To whom it may Concern:

I am Laticia Harris, I am the owner of Miners Mall on Combs Road in Hazard, Ky. I am writing this letter on behalf of Scott Blair. Scott has a very Special place in my heart and many others, I have Known Scott for over over 35 years, it has been a priviledge of Knowing Scott. I have Watched him grow into a man who goes above and beyond to help others in need, He has always had such an outgoing personality were others have trusted him. I find Scott to be of good Character, showing empathy and Care for others and our Community. I Know personally of the support he has given to Many Awareness Program Suchas Cancer Awareness, Mental Health awareness, just to name a few. Scott attends Mount Olivel Baptist Church With his family Where I also attend And have attended for 30-35 years Along with his family, Where each always been participating in Church gatherings.

The love he has for his family and →

Community is an unconditional love.
When writing this letter I feel
it is an honor to do So..

Latricia Harris

To whom it may Concern:

I Tina Pelfrey remaining a Coordinator of the Youth Service Centers For the Perry Co. Board of Education. in Harlard, Ky. I would like to write in reference to the County Attorney MR. Scott Blair.

MR. Blair was Very much involved in the Community as well as school related Activities. I Observed first hand his Commitment and dedication to the Community of School's and students. Please refer to the Following partial list of many Activities he was involved in.

- United Way
- Care Cottage
- Protecting Child Abuse Victims
- School Athletics
- Food delivery to needed families in Crisis.
- Salvation Army

Again. This is only a few of the many Voluntary acts of dedication

and Community Services displayed.
This outstanding individual.
Please take these acts of Kindness
and dedication into Consideration
as the process for Mr. Blair
moves forward.

Thank You!
Tina Pelfrey.

Judge Weir,

I am writing in reference to Scott Blair. Scott is a personal friend of mine and I consider him to be one of the best men I know. I have seen Scott deliver food to flood victims, hand out water and gatorade to the homeless on a hot day, give clothes and money to those in need. He goes above and beyond for his clients. He has worked hard to help addicts through Drug Court. He was instrumental in setting up the Rocket Docket in Perry County. Scott volunteers for several agencies such as Salvation Army, United Way, Care Cottage, Safe House and many more. He is the best Commonwealth Attorney since his grandfather served for twenty some years.

Scott is a good man with a lot to offer society. Please take this into consideration

when you make your decision
concerning him.
I thank you for your time.

Sincerely

Raymond L. Cowles

July 1, 2024

This letter is written on behalf of Scott Blair. I have known Scott for 20 years. Scott even before becoming a lawyer has always been in the eye of the comunity. Scott's falther was a Magistrate in our town, his grandfather served as judge and his mother worked in the school system. Scott was admired by his grandmother who when she passed really took a toll on Scotts mental health. Scott since high school has had mental health issues NA knowing a diagnosis he hid his battles well. However the battle in his mind stayed strong. Scott has many friends and a great support system. However, he has he has a high level of pride. Scott was a family first type always putting others before himself. Which lead to Scotts neglect of his own health. Scott for years got himself tangled up in seeking help thru doctors during which trie he was struggling in law school and could not figure out why.

Scott could nt figure out why prescribe meds were nt helping him. Scott tried Maryjuana that did nt last long. Then he had so called friends intraduce him to street drugs Scott was at an all time low. Me & Scott could relate to a lot as I suffed for Major depression and it took 15 years to get a medical regim that worked. But for Scott that wasnt the case. Scott hid behind his smile and that fake bubbly altitude. No one knows unless they experience first hand the battle in your head a content fight to live up to the image our thim painted of him. We as a Community added pressure to Scott's already struggle. From scotts battle of Circuit Judge and then being put under pressure to run for Commwealth attorny. Was a lot to add and Scott could never say no as he is a people pleaser. Always trying to put thers before him.

Scott's battle is very common and goes undetected. Scott's depression caused many job losses, weeks of being crippled to the bed. Which his fam, would make excuses to cover up the real issue Scott was facing. But no one medically seemed to find the correct balance to help Scott. When Scott fond himself at the cliff of suicide he turned to self medicate and it got out of control and took over Scott's life. The Scott Blair I know made a bad choice, not realizing the expense of his doing became a big debt that was inexplainable.

Scott got in a nut he could nt crawl out of. In my opinion I'd say Scott is somewhat relieved to finally have a way out and some closure. However, regardless of Scott's image everyone has chosen of him being locked up is more stress on him and really will take a toll on his mental health. I fear for Scott's well being as depression on his level is Extreme.

I'm asking for my love for Scott
that you consider his health first
losing Scott because someone will
not see thru his fake smile and
give him another chance at a life.
Thanking you in advance
for your attention.

Sincerely,
Tim Mullins
228 Slim Engine Dr
Chavis Ky 41727.

May 29, 2024

Dear Judge Weir,

Your Honor, I am writing you on behalf of Scott Blair.

I have known Scott personally my entire life. We grew up in the same small town and we did go to school together (I am a year or two older than Scott).

I have never known of Scott EVER being disrespectful to others, no matter their circumstances. Scott has always supported our community and the people who live here. Scott gives of his time, volunteering for events. Scott gives of himself. Scott is very serving of those around him.

Personally, Scott has always been a person to listen to whatever is going on in my life no matter where I see him. He's always willing to lend a hand to someone in need.

I ask you for leniency on Scott's behalf. Please take into consideration the good he is still capable of doing and give him the opportunity.

Sincerely,
Glenna Gamble

606-233-1970
P.O. Box 1674
Viper, Ky. 41774

From: Pauline Burke
147 Dixian Br. Rd.
Weston, Ky   41776

Date: 06/02/2024

To: The Honorable Judge Weir

Dear Judge Weir,
I have know Scott Blair and
his Family for forty five years
He and his Family have always
given to the Community even
before Scott was in Politics.
During the time I have known
Scott Blair he has been honest
and trust worthy and willing to go
above and beyond what is expected
of him He has made a mistake
But I am positive he has learned
from this and will make amends to
his community, family and friends.
He has shown to us all that
he is a great person. I again
plead for leniency for scott.
I could go on for days telling
you all the good things he and his
Family have done for mine family
alone. I understand he has
made a mistake but I am positive

he will again strive to do
good things for his community

Thank you,

Sincerely yours,

Pauline Burke.

From:
Terri Turner
543 Lakeview Vlg
Prestonsburg, Ky 41653

Date: 08/02/2024

To: The Honorable Judge Weir

Dear Judge Weir,

I am writing to you in reference to Scott Blair, who is being Sentenced.

I have had the opportunity and good fortune of knowing Scott and his family for the majority of my life. I can speak to you with authority about the moral Character of Scott.

He is a great Person and a good hearted and excellent friend to many. I plead for leniency for Scott. I beg for you to consider all the good things he has done for the citizens and the County. (Perry)

He has Shown he has a generous, Kind and devoted character.

towards others. I am well aware of the charges he is facing and the consquences of those. I again plead for leniency.

He has always shown he has integrity and always made an effort to help anyone he could. He has always been giving to his community, family and friends.

I can truly understand how difficult is is for you to make a decision of this type, without knowing the person in front of you, Scott has alot of support from family and friends.

I am positive he will learn from this experience and will not repeat it. He will make amends and I am positive he will again have great results for his community.

Thank you,

Sincerely yours,

From:
Melinda Burke
147 Dixon Br. RD
Wooton, Ky 41776

To: The Honorable Judge Weir

Date: 06/02/2024

Dear Judge Weir,

I am writing this letter in reference
to my dear friend Scott Blair.
I want to bring to your light
the kind of person that he is
despite the grave allegations that
he has recently faced. I do Not
Know life without Scott and his
family. He is a true gentleman
and is always true to his word.
His enthusiasm has led to many
good works in society.

I am very well aware of the
Charges he is facing and the
Conquences of those, I would like
to pled for leniency.

He is a well-mannered gentle man
and I am sure he will learn
from this experience & will not

mB ①

think of repeating it.

Scott has done tremendous good for Perry County and the citizens. He was in the process of assisting my family with naming a bridge after my father, who is a deceased Veteran.

I hope you look into matter & consider this character reference letter before passing on any verdict. Scott will strive to make amends, and I am sure we will get to see his good works bringing fruitful results in our society again.

Thank you,
Your Sincerely
Melinda Burke

mB ②

5775 Ky Hwy 679
Dlensy, Ky.
May 30, 2024

To Who It May Concern:

I have know Scott Blair all his life. He is a very good person and would do anything to help anyone.

When my husband was sick with cancer he come and set with me many nights.

When my husband passed he went with me to every court hearing. I couldn't ask for a better friend.

Bessie Hall
606-675-6921

Scott was my rock during the darkest time of my life. My son had fallen Victom to fentanyl poisoning and the pain of losing him was unimaginable

Scott knew just what to say and was always the to listen allowing me to cry, vent, and find solace in his comforting presence

As we navigated the grief together Scott suggested a way to honor my son's memory and raise awareness about the dangers of fentanyl in our community with his support we secured a spot in our town festival for a fentanyl float

Scott tirelessly helped me organize and set up a booth where i shared my son's story, distributed narcan kits and spread awarness about the deadly effects of fentanyl his dedication and compassion were a guiding light in my time of darkness, and i will be forever grateful for his unwavering support.

In the midst of all my pain and sorrow Scott was my Backbone holding me up and helping me fight for a cause that was so close to my heart

Together we turned tragedy into a mission to save lives and prevent other families from experiencing the same devastating loss and for that i will always be indepted to Scott for his support and dedication to making a difference in Our Comunity

Theresia Jamison

# MichaelLamzforever 46

June 29, 2024

Judge Weir,

My name is Michael Mulligan Deaton. I am a Female despite my unusual name.

I have been a friend of Scott Blair for many years. His mother and I have been friends since childhood.

I've encountered my own problems over the years with one son and a grandson. Scott was the first person I called for legal guidance and moral support. If he didn't answer at first he always returned my call. He made me feel comfortable and he showed that he cared. He found answers to my legal questions and never asked for any monetary compensation. There are very few people who are as tender hearted and loyal as Scott.

From my personal experiences, I know that addiction is a hideous disease that causes horrific consequences. An addict's behavior does not represent the true nature of that person. Scott is a genuinely good person who became engulfed in the throes of addiction. Thank you for reading this

Michael M. Seaton
200 Kentucky Blvd.
Hazard, KY 41701

July 9, 2024

Honorable Judge Weir,

I have known Scott Blair since birth. I am his Aunt. His character since childhood has been of integrety and high morales. Scott has suffered from chronic depression since puberty. I have watched as his family tried to find help and solutions. Being an educator, I witnessed his intellectual ability and I along with other educators were always anxious to view his test scores due to his high achievement. He excelled in school at all levels and was one of the kindest individuals that I have had the pleasure of knowing, even while fighting the turmoil of depression. As an adult, he lead his office with honesty and integrety. He showed compassion to victems and people that suffered from addiction problems, offering alternatives to improve their life through drug court,

recovery. He was very involved in the Safe House for the abused. I know individuals that were victims of impaired drivers that he overwhelmingly assisted in their legal matters. He has assisted many individuals to get their lives back.

I personally know Scott and have witnessed his character. I am human and so is he. No one is perfect. We all fall short. I beg you to please consider that although this man may have made mistakes, to please consider leniency and the same compassion that he showed others. He is already lost enough. He is no criminal.

If I can be of any further help, please contact me at 606-223-2777.

Thank you,
Janet Browning

6/5/2024

Dear Judge Weir,

Im writing you on behalf of Scott Blair. We have known him an his family for years an they are great people. Scott has done alot for our communetz (Perry County) over the years an has helped alot of people. An We are aware of the issues that are going on, but to us he is a victim himself of Drug deddection an he needs help regardless of what has went on. So we are hoping that the good thing he has done well help him to get help an his mistakes will not define him for the rest of his life. He deserves a chance to get his life back on track in our opipion.

Thank You so much
Melissa Whitley
(a lifetime Resident of
(Hazard/Perry County)

1)

To Whom it May Concern,

I am writing on behalf of Scott Blair
who is a dear friend to me and my family.
Words could never express the way I
feel about Scott. I have known him
and his family my entire life.

He had a great example to follow
because the Blairs were the kindest and
most generous of people. Scott and I
went to grade school and high school
together. Even at a young age
he would put others before him.

They was a brother and sister
who struggled and had nothing. Scott
would give them his own snack
money so they could have one. He
had such a kind heart.

2)

Over the years il know that he helped so many people with legal advice il know he has on many occasions guided me in legal decisions that il faced in my life. Not once did he ask for payment.

Unfortunatly many people took advantage of his kind nature. This is so sad because he would never hurt anyone. People that would call him friend would try to let him down.

He helped this community so much. My husband is a teacher at Hazard Middle School and director of a youth leadership team. Scott would supply the students T-shirts and pizza for their trips to Frankfort. He gave tours of the justice offices to the students and

3)

And the court rooms. He would always talk to them and express how important community was and how vital it was to give back. He supported several other organization in the community He gave freely using his own time and money.

He never thought of himself and I wish that he had. His self worth is more important than anything The love that he gives his family and his friends can never be measured I am gratful for his friendship and I pray he gets the justice he deserves.

He was always there for me;
And now I want to be there for
him. I hope the words that I
have written today will help him.

Thank you so much

Jackie Fields

To whom it may concern,

My name is Peggy Turner and I live in Hazard Ky. I am writing this letter on behalf of Scott Blair. Scott has helped a lot of people while he was in office. When the flood happened he did all he could to get help for the flood victims in our area. He has helped many people in this community get into rehab and get their lives back on track. I have been friends with his family for years. His mother is one of the kindest and meekest persons you will ever meet. She needs her son to help care for her. There are a lot of people in this community that love Scott and his family. I know that Scott made a mistake, but I am asking you to be lenient on him at his final sentencing. If you would consider this it would be greatly appreciated.

Sincerely,
Peggy Turner

July 19, 2024

Scott Blair has shown unique characteristic: Kind, friendly, helpful, caring, energetic, supportive, respectful, and etc, like his family that raised him. When meeting Scott he would always smile and ask how you and your family were doing. He worried about his family especially his Meemaw and Mother when they started having health problems.

Scott attended events at the Senior Citizens Center and interacted with the seniors and understood the handicap and was interested in being helpful and encourage them.

When attending Visitations or funerals most of the time I would see Scott with his family showing respect to the griefing family .... letting them know if there was any way he could help them that he would try.

I'm praying for Scott and his family.

Ollie Kelly

June 17, 2024

To Whom it May Concern:

My name is Christy Connett and I am writing in regards to Scott Blair. Scott is a life long friend whom I consider family. Over the course of our friendship I have known Scott as honest, kind, compassionate, and charitable. At times we would be confidants and during our young adulthood Scott confided he had been diagnosed with major depressive disorder and was battling it with medication and therapy. Unfortunately, depression has followed Scott into middle adulthood. After many failed treatment attempts and he made me aware he struggled daily due to his unresponsiveness to treatments. This is an example of his honesty with me. I also mentioned his kindness, compassion and charity. Scott has always participated in charitable functions be it job-related or not and was instrumental in the implementation of "Drug Court", a second chance opportunity for those struggling with addiction, with much success. Scott has many accomplishments that have positively impacted our community and I'm proud to call him friend and family.

Regards,
Christy Connett

Dear Honorable Judge,

I am writing to express my support for Scott Blair, a prominent political figure in our community, who is currently facing criminal charges. I have had the privilege of working closely with Scott and have witnessed first hand his dedication, love, and commitment to our community. I recall that time an elderly lady needed an air conditioner. Scott went and bought her one with his own money. He also gave the coat off his back to a guy who didn't have one and desperately needed a coat.

As a former prosecutor Scott has helped me in my case. He was there for me and made sure I was well taken care of. His contribution as a prosecutor has been invaluable, he exhibited compassion, fairness, and a strong sense of justice. I have witnessed firsthand his dedication to helping others and myself.

However, I acknowledge the challenges that Scott has been facing, particularly in regards to anxiety. It is my understanding that the stress and demands of his profession has taken a toll on his mental well-being, leading to self-medication with drugs as a means of coping. I know this behavior is unacceptable and needs addressed, but it was because he was vulnerable and depressed.

I believe that Scott is in need of rehabilitation and support, rather than punishment alone. I pray, Your Honor, to consider this aspect when determining his sentence. By providing Scott with resources and treatment to help him overcome his addiction. I pray Your Honor, you will take my perspective in consideration to reach a fair and just outcome.


Sincerley,
Christine Warfield

June 12, 2024

Dear Judge Weir,

I am writing to express my Support for Scott Blair. I have known Scott for about 10 Years. I believe in his Sincerity and dedication to Change. I do acknowledge his Past Mistakes.

I can testify to Scott's dedication to his Community from working with Scott at LKLP Community Action Agency. Where Scott went above & beyond for Our Customers (which were low income families) Scott also was on the Salvation Army board & Volunteer his time for food boxes & ringing the bell at Christmas.

I am Confident of Scott's dedication to a Positive Change, and Seeing him get a Second Chance at life would Mean so much to many of us who believe in him.

Sincerly,

Judy Keen

June 16, 2024

To the Honorable Judge Weir:

I'm writing on behalf of Scott Blair to extend my support regarding his current legal situation.

I have known Scott for much of his life. In the span of time that I have known him, he has made many contributions to our community and has made a positive impact on many lives.  He has always show support for charitable organizations in our area and has been a friend to all.

While I understand the need for accountability for one's actions, I believe that leniency and treatment would be more beneficial, as I feel that his recent behavior is inconsistent with the man I know.

I respectfully request leniency for Scott Blair in these proceedings.

Sincerely,

Rebecca Brashear

Rebecca Brashear
Viper, KY

LeeAnn A. Helton, M.Ed
360 Jordan Street
Hazard, KY 41701
(606)436-4945

June 8, 2024

The Honorable Judge Weir:

I am writing this letter to attest to the character of someone who is beloved in my life, Mr. Scott Blair.

I met Scott over 30 years ago, when we were both teenagers. Over the years since then, I have come to know Scott as a close friend, someone who cares profoundly about other people, and someone who gives selflessly, constantly, and with no thought of himself.

I'll provide a few examples. When my father died in 2018, my family was in deep grief and my mother had no idea how the probate process worked. She was heartbroken, scared, and completely unsure what she needed to do legally. With one simple request for advice, Scott offered to attend to all of the probate matters pro bono, even going with us to court when necessary. He made the entire process easy and painless at a time when nothing was easy and everything was painful.

My older brother died suddenly of a heart attack on August 22, 2023. In the early morning hours after we learned of his death, all I could think was, "I need to talk to Scott. Scott will know how to help me make sense of this." I wrote to him in the middle of the night, not wishing to wake him at such an hour, and to my surprise, he wrote back almost immediately with the most encouraging and kind words one could ever hope for at such a time. He also assisted our family, pro bono, with the paperwork to begin the process of getting my brother's affairs settled. Scott even attended the celebration of life ceremony in support of our family.

Finally, as an example of his kind and genuinely amazing humanity, my mother and I both came down with COVID on Thanksgiving of last year. We were both quite ill, and tending to the house, getting groceries, and going out to obtain medications were extremely daunting tasks. Scott, in his loving and kind way, immediately offered to help us with anything we needed, even offering to go grocery shopping for us, pick up medications at the pharmacy if we needed them, and helping us with household tasks — all from the kindness of his heart.

I have simply never known anyone whose selflessness, kindness, and generosity of spirit surpass Scott Blair. I love him as if he were a member of my family. My story is only one of many. You'll likely hear from dozens of people who describe similar experiences, because that is the person Scott is. He always puts others above himself, modeling Christian kindness and loving his neighbor as himself.

I thank you for your time. Please advise if I may provide any additional information.

Respectfully,

LeeAnn A. Helton, M.Ed

Libby D. Helton
360 Jordan Street
Hazard, KY 41701

June 8, 2024

The Honorable Judge Weir

Dear Judge Weir:

I would like to take this opportunity to write a letter on behalf of my dear friend Scott Blair. Scott was a friend of my daughter for many years before I came to know him personally, and since getting to know him, I can confidently say he is one of the best people I have known.

Scott helped me settle my late husband's affairs through the probate process in 2018 at absolutely no charge, even attending court with me. He made a difficult time so much easier. He didn't have to, but he did, and I will never forget how kind and loving he was. My oldest son passed away suddenly last August, and once again, Scott made sure we had access to the legal information we needed at no charge.

My daughter, who lives with me and is my primary caregiver, and I both came down with COVID on Thanksgiving Day last year. Scott was the first person to offer to help us with literally anything we needed, even walking the dogs, helping with laundry, or picking up groceries for us. There are too few people who have that kind of good heart. There was literally nothing in it for Scott, but he offered anyway.

Ever since I met him, I've felt a special kinship with Scott. He is loving, kind, funny, optimistic, sensitive, and so willing to give to others. I love him like part of my family, and always will. I will also be forever grateful for his kindness and acts of selfless generosity.  I wish there were more people like him in this world. It would certainly be a better place.

Sincerely yours,

Libby D. Helton

Sondra McIntyre
304 Winterberry Dr.
Winchester, Ky. 40391'

June 1, 2024

To: The Honorable Judge Weir,

I am writing you on behalf of Scott Blair. I have known Scott Blair since he was a toddler. I am a retired high school teacher and guidance counselor. I worked with his aunt and became friends with his family.

I have known Scott to be intelligent, loving, caring and respectful person. He has always been a man with high morals. I am aware of the charges against him. Which I don't feel align with the Scott Blair I know. We all make mistakes in life and have to get forgiveness for them.

The Scott Blair I know is a loving caring responsible person. He has always been close to his grandparents, parents, sibling and friends. He has always helped anyone if he could in anyway. I have called Scott seeking advice on different legal matters. He was always willing to give me his opinion and never charged me for his advice.

I am proud to call him my friend and will always care about him. In my opinion he will always be the friendly, caring, loving, intelligent, hardworking man I have known since he was a toddler.

I beg you Honorable Judge Weir to see the Scott Blair I know and take into consideration all that is good in him. Please also consider he may or may not have made a mistake and find it in your heart to consider the person I know in Scott Blair.

Yours truly,

Sondra McIntyre

June 5, 2025


To Whom It May Concern,


This letter is being written on behalf of Scott Blair.

My name is Deborah Brewer, Retired CFO from LKLP Community Action, Inc. a 501 c non-profit organization in Hazard, Kentucky.  I worked with Mr. Blair for several years at this company.  He was always helpful in any questions I ask and always was available to help in any way.  I think Mr. Blair has helped my community and people in the community any way that he could.

 Now, on a personal level, I have known Mr. Blair for several years.  He was always outgoing and very friendly and always spoke and talked with me whenever or where ever we ran into each other.  I also known Mr. Blair's family for a long time and they are a very good upstanding family.




6/2/24

To the Honorable Judge Weir,

I am a life long friend of Scott Blair and his family. We grew up in the same area and attended the same church. I am sending this letter with hopes that you will spare him a long sentence. Scott has many more good things to do with his life.

I have personally witnessed his love and compassion many times, especially for the elderly. I have an aunt and uncle who live near Scott and they are in their mid 80's. My aunt adores him because he always brings her fresh flowers every season. He doesn't just have them delivered, he brings them himself! My aunt always looks forward to their visits as she is confined to her home because of my uncle's declining health. He brings a ray of sunshine to their sad and lonely life and his visits mean so much to them, especially my aunt.

Scott also has two aunts that adore him. They are both widows and not in the best of health. Again, Scott takes the time out of his day to help them with whatever they need. He is an awesome nephew that they love and need him very much.

A mother loves her son unconditionally.  Linda, Scott's mother, is one of the finest women I know and she has raised two wonderful children.  She has recently been battling cancer and she needs the love and support of all her family, especially her beloved son Scott.

I have personally witnessed Scott's compassion by his assistance with my sister who is a homeless drug addict. Scott has followed her through the court system and has tried numerous times to get her the help she needs. He also has helped my mother to deal with this terrible situation by keeping her updated on my sister's legal case and her housing issues. He has called my mother countless times to talk with her, console her and encourage her. This also shows his true character and compassion for someone addicted to drugs.  He has spent hours and hours trying to help my sister, unfortunately my sister chooses not to help herself.

Several years ago I opened a new business in Lexington and Scott was one of the first people to visit my shop. His words of encouragement meant so much to me. He didn't just shoot me a text message, he showed up, hugged me and wished me much success. Those are the actions of a true friend.

I beg of you Judge Weir to please give Scott a short sentence. He has admitted his guilt and will accept his punishment, but his family, friends and community are not prepared for a life without him. I support him with a heart of forgiveness and I pray for his safety and mental health.

Thank you for taking the time to read this letter. I hope that you will consider my request.

Sincerely,

Owner of Simple Rental LLC Property Management

*Davida Patrick*

231 Vista Drive Hazard KY 41701

June 10, 2024

Dear Judge Weir:

I met John Scott Blair in the spring of 2012 when he became a co-worker for the agency where I am employed.  He and I hit it off right away and quickly became close friends.  I had been going through a very devasting divorce when I met Scott.  He was a constant supporter of me during this very difficult time.  With his help I was able to realize that just because my marriage had failed did not mean that I was a failure.  He helped boost my self-esteem and bring me out of the sadness I was experiencing with his positive encouragement and genuinely caring disposition.  We continued to be best friends throughout his employment with me.

When Scott was elected for office and we no longer worked together we still remained best friends.  We didn't get to see each other or talk as much because we were both so busy in our own lives but I knew anytime I needed him that I could always count on him.

In the summer of 2022 my home was flooded from the devasting floods in Eastern Kentucky.  Scott was the first person I reached out to when I first started dealing with FEMA.  When he learned my home was flooded he immediately wanted to make sure I was ok and that I had everything I needed.  He offered for me to come stay with him if I needed a place and also offered financial assistance to me without hesitation.  He also helped me find a contractor for the FEMA requirements.  That is who Scott Blair is.  He would give the shirt off his back to anyone in need.  He is a very caring and kind individual who has the hugest heart of anyone you will find.

I believe the passing of his grandmother took a devasting toll on Scott.  She was his biggest fan and greatest supporter throughout his life.  She loved him unconditionally and he loved her with all his heart.  My biggest regret is not reaching out to him more during his time of need.

Please know that these legal charges against Scott have in no way changed my feelings for him.  I love him so very much.

Sincerely,

Cindy Gross

Cindy Gross

606-568-5926

282 Big Branch Road

Jackson, Ky 41339

July 1, 2024


Honorable Robert Weir
Eastern Federal Court
310 South Main Street
London, KY 40741


I would like to offer an endorsement of Scott Blair's good character.   Scott's mother and I worked at Kentucky State Police, Post 13 Hazard for several years beginning in 1977.   I've know Scott and the family, since he was a young child. I transferred to Kentucky State Police, Driver Testing as a License Examiner.   My office was located first in the Perry County Courthouse and then in the Perry County Justice Center.   I saw Scott many times and talked with him.   I have always known Scott to be well liked by everyone.   I know he was always willing to help out anywhere he was needed (such as volunteering or donating to Salvation Army, Rotary Club and many others).

These charges are not the person Scott Blair truly is.   I believe Scott will learn from this and become a better person going forward.   I would respectfully ask that you would take this information into consideration.

Sincerely,

Deborah K. Gilley
120 Roy Campbell Driver
Apt. #115
Hazard, KY.   41701

Dear Judge,

I am writing this letter in support of a family friend whom I have had the privilege of knowing. I strongly believe that Scott is a remarkable individual who has made significant contributions to our community, particularly in his tireless work with at-risk youth and dedication to the public defender's office.

Scott has been an invaluable asset to our community, demonstrating unwavering commitment and compassion in his role as a prosecutor on the recovery court for the past four years. He consistently goes above and beyond to ensure that justice is served and that those struggling with addiction are given a chance at rehabilitation and a brighter future.

Unfortunately, Scott has faced personal challenges in the form of depression. I firmly believe that his subsequent addiction to drugs was a result of self-medication in an attempt to alleviate these mental health issues. It is crucial to understand that this mistake does not define who he is as a person, nor should it overshadow the immense positive impact he has had in his career and personal life.

In light of Scott's exceptional contributions to our community, I implore you to consider the bigger picture when evaluating his sentencing. He has dedicated countless hours to bettering the lives of others, working tirelessly for the well-being of at-risk youth and serving as a reliable and dedicated member of the public defender's office. His actions speak volumes about his character and the positive influence he has had on those around him.

I kindly request that you take into account the entirety of Scott's career and personal life when determining his sentence. I firmly believe that he is deserving of leniency and the opportunity to continue making a difference in our community. By doing so, you would not only be acknowledging his past achievements but also providing him with the chance to learn from this mistake and grow as an individual.

Thank you for your time and consideration. I trust that you will weigh Scott's contributions to our community and the positive impact he has had on the lives of many. If there is any further information or support that you require, please do not hesitate to contact me.

Sincerely yours,

Makinley Jones

97 Millards Lane

Bulan, Ky. 41722



## TILFORD DOBBINS & SCHMIDT PLLC

CHARLES W. DOBBINS, JR.
MARK W. DOBBINS
PATRICK T. SCHMIDT
LISA KOCH BRYANT[1]
RUBY D. FENTON
SANDRA B. HAMMOND
WM. STEPHEN REISZ
K. GAIL RUSSELL
ARMAND L. JUDAH
JOANNE LYNCH
PAUL C. O'BRYAN
TACASHA E. THOMAS
AYALA GOLDING
CHIP HAYWARD
THOMAS G. KARAGEORGE[2]
NICHOLAS S. VEROFF[1]

HENRY J. TILFORD (1880-1968)
CHARLES W. DOBBINS (1916-1992)
DONALD H. BALLEISEN (1924-1993)
LAWRENCE W. WETHERBY (1908-1994)
RANDOLPH NOE (1939-2003)
STUART E. ALEXANDER, JR. (1920-2006)
SANDRA F. KEENE (1960-2021)

[1] Also Licensed in Indiana
[2] Of Counsel

June 4, 2024

The Honorable Robert E. Wier
United States District Judge
US District Court
101 Barr Street
Lexington, KY 40507

RE:   **U.S. vs. Scott Blair**
**U.S. District Court, Eastern District of Kentucky**
**Action No.: 6:24-CR-28-REW-HAI**

Your honor:

*There, but for the grace of God, Go I.* —1 Corinthians 15:10

I write this letter in support of Scott Blair. I graduated Salmon P. Chase law school with Scott. He quickly became a great friend to me and my then-fiancé. Scott was a groomsman in our wedding. Scott was, and is, a caring, compassionate and loyal friend. I know he was a caring and compassionate Commonwealth's Attorney, as well.

Scott seemed to struggled with addiction all the time I have known him. Although it was not obvious and readily apparent, his actions, in retrospect, certainly evidenced his struggles. That addiction culminated with this current case and his horrible actions. Suffering from my own addictions, I know, but for the grace of God, I could be in a similar position. I know we could all be in a similar position and struggle with the "why?" God could "let" this happen to such a person.

When Scott was arrested and the news broke, I received dozens of texts from mutual friends; not to say "Wow, what a creep!" but, "I can't believe what happened." and "how

The Honorable Robert E. Wier.
June 4th, 2024
Page Two

can we help this person survive this terrible sickness."  Those that know Scott — truly know the clean and sober Scott — know he is one of a kind and worth supporting.

I don't ask you to pity him.  I ask — urge — you to place Scott in a facility where he can get the best help for his addiction.  He truly is a good person and, but for his addictions, I know he is worth saving.

Thank you for your time and consideration.

Very Truly Yours,

Paul C. O'Bryan

PCO/eam

TILFORD DOBBINS
& SCHMIDT PLLC

**FROM:**    Kristi J. Robinson Minks
Viper, Kentucky 41774
(606) 233-4578 *kristi.minks@perry.kyschools.us*

**DATE:**    June 24, 2024

**TO:**    Judge Weir

**SUBJECT:**    CHARACTER REFERENCE FOR SCOTT BLAIR

Dear Judge Weir,

I am writing this letter in regards to my great friend and encourager, Mr. Scott Blair. I have had the privilege to know Scott for at least 40 years... most of my life. Of all those years, I have known him to be nothing other than kind, loving, compassionate, giving, fair, and genuine in all his ways; to encounter him, is and will always be, a true blessing. If you don't leave his presence with a smile and a renewed sense of hope, you obviously met an imposter!

Scott and his family have had to battle such emotional and devastating hardships in the last few years, which has taken a toll on all of them. However, no matter how bad it gets, they always have the mindset to gain good from bad, joy from sorrow, and strength from defeat. I am certain Scott's (and his family's) mindset and determination is no different in regards to this particular situation. And I know Scott well enough to see he is deeply ashamed and regretful of any and all his iniquities; on the other hand, I also know he is humbly grateful to be out of that dark place that stole his light for a brief moment.

My writing this letter is not to defend his trespasses, but to say his bad life-chapter doesn't define his brilliant life-novel. We all fall short—every, single day. Addiction is fierce and horrific and scars before we even realize we've been cut. Sadly, this was a battle Scott lost; But that's just one battle... the war isn't over! Scott is a good man that had a shortfall in judgement perpetrated by an enemy that is relentless and people that thrive on one's weaknesses for their gains. I don't uphold his "wrongs" yet I will always stand beside and fight with him. Why? Because God does it for us, daily and because Scott would do it for me without hesitation.

No one's character and worth should ever be determined by one bad season, so I ask you to examine and consider his life as a whole before deciding his fate. This man has helped our community, restored hope and pride, and been the true definition of "good neighbor" to us, all. I can honestly say, we are a better, more productive and promising people due, in large part, to Mr. Scott Blair.

I pray the Lord guides all your decisions, not just this one. I pray the Lord's will is that you find it in your heart to have mercy upon my friend. I pray you see the special man I have described when you meet and speak to Scott. I pray an abundance of blessings upon you for even taking time to read my letter. I thank you for this opportunity; it has been an honor. God bless you.

Sincerely,

Karen Brown
45 Cecil Circle
Viper, KY  41774

June 4, 2024

To Whom It May Concern:

I am writing to vouch for Scott Blair. I have known him and his family for most of his life. In addition, I worked with his mother for many years and now consider her to be one of my best friends. Throughout the years, I found Scott to be one of the most genuinely kind individuals I've ever known.  While he was friends with my two children growing up, once he reached adulthood, I also considered him a friend.

I know that Scott has made some huge mistakes but I also know that he wants to make amends. I have seen what addiction can do to good people like Scott with my own eyes. My son went from being a well respected school principal to a homeless addict. After years of estrangement from our family, he was finally able to turn his life around. He passed away about a year ago at the age of just 54, probably due in part to the damage his drug use had done to his body. Thankfully, through a strong rehabilitation program and the support of his family, he had almost six years of sobriety before he died and he had again become a productive member of our community.

I have faith that Scott Blair can also turn his life around. Despite his past mistakes, I believe he can find a new path, maybe even working in addiction recovery as my son did, and reintegrate himself as a productive member of society. I also know he will have the support of his loving family and a whole "slew" of friends, myself included.

Feel free to contact me at (606) 439-1310 if I can be of any further assistance.

Sincerely,

Karen Brown

Karen Brown
Perry County Schools
Central Office Finance Clerk, Retired



324 East Main Street
Hazard, Kentucky 41701
phone: 606.439.3865
fax: 606.439.0722
toll free: 1.800.400.3865
www.adeast.com

Dear Honorable Judge,

I am writing this letter as a character witness for Scott Blair. Scott has been a client of Ad East for many years. We have helped him with his political campaigns and worked with him during his time at the Commonwealth Attorney's Office. He has always been a pleasure to work with and has endeared himself to my entire staff. He is one of those clients that the whole office comes up front when he comes in.

I believe Scott to be a compassionate individual, in particular reaching out to the youth of our community and warning them of the dangers of Fentanyl. We have worked with him on several projects to help educate the public about the dangers of this drug; he has been truly passionate about this subject.

I have always known that Scott faced certain personal challenges. It has deeply saddened me that these challenges involved and affected his position as Commonwealth Attorney. I understand that he abused his position, but I feel it was due to his challenges and not done with a malicious heart but from a perspective of weakness.

I hope that you will take this letter into consideration as you make your decision in his case. Of course, he needs to pay his debt, but I hope that he will get the help he needs to overcome his addictions and can reenter society sooner than later. I feel he still has something to contribute. Thank you for your consideration.

Sincerely,

Meriwether Hall
President, Ad East, Inc.

Advertising • Marketing
Public Relations • Printing
Graphic Design • Specialties



*From the Desk of Wanda Brown*

May 30, 2024

To Whom It May Concern:

I am writing this letter on behalf of Scott Blair. I've known him and his family practically all his life. I've watched him grow up, vacationed with him and his family, taught him in high school and worked with him at the Perry County courthouse. In all that time, Scott was one of the most personable and kindest people I've known and I was proud to call him my friend.

I know that Scott has made mistakes in his past but I also know that, at his core, he is a good and decent person. I watched my brother go through a similar experience, going from a respected and beloved school principal to an addict. However, through a wonderful diversion program, he was finally able to turn his life around. Unfortunately, his actions took a toll on his body and passed away last July at just age 54…but he had almost six years of sobriety under his belt at that time and had a truly fulfilling second career that he loved working in addiction recovery.

I believe that Scott Blair can turn his life around just as my brother did. Admittedly, he made mistakes but I truly believe he can put those behind him and again become a contributing member of society. I am still proud to call him a friend and will do anything I can to help him create a new life path for the future.

If there is anything further needed, feel free to contact me at (606) 233-1978. I would gladly appear in person as a character witness, write more letters or do anything else I can to help him. Upon his release, you can rest assured I will be there to support him in any way necessary.

Respectfully,

Wanda Brown
Perry County Schools Retired Educator
Perry County Fiscal Court Event Coordinator

**Jonathan Jett**

683 Ridgeview Way
Hazard, KY 41701
(606) 438-9109

July 5, 2024

To Whom It May Concern:

I am writing this letter as a character witness for Mr. Scott Blair, who is a close friend of mine.  I have known Mr. Blair for over 40 years, and I can attest to his good character, integrity and kindness.

Mr. Blair has always been a hard working individual and a great friend.  He always strived to make his community a better place and treated everyone with respect.  Mr. Blair always made everyone feel valued and important.

During the recent floods in our community Mr. Blair was one of the first people to reach out to me and see how he could help with supporting families that were impacted by this disaster.

Mr. Blair was devastated by the loss of his grandmother.  Unfortunately, I understand this could have led to a dependency on illegal drugs.  We all know that drug abuse and dependence can negatively impact the behavior of any addict.  I feel the drug dependence is what led Mr. Blair to make the decisions he made and ultimately resulted in his arrest and current incarceration.

In conclusion, I believe that Mr. Blair is an exceptional individual who has a great deal to offer to his community.  Drug addiction causes good people to make bad decisions.  My hope is that the court will focus on the rehabilitation Mr. Blair needs in order to be able to return to his life and continue to be a valued family member, friend and community advocate.

Sincerely,

Jonathan Jett

**Allison Jett**

P.O. Box 86
Happy, KY 41746
(606) 216-1257

July 6, 2024

To Whom It May Concern:

I am writing this letter as a character witness for Mr. Scott Blair, who is a close friend of mine. I have known Mr. Blair for over 40 years, and I can attest to his good character, loyalty, and compassion.

Mr. Blair has always been a wonderful friend and was always ready to help in any way he could. He helped me with a divorce and always made me feel respected and important. He helped me make important decisions during that time and was very helpful to me and my family. Mr Blair was also a very active person during the recent floods in our community. He was one of the first people to step up and start helping those in need.

Mr. Blair is extremely close to his family. I am a friend of this family and can say that he loves his family more than anything. He was especially close to his grandmother whom he adored with a love that you don't often see. I feel like her passing is what led Mr. Blair to drugs. I feel like he used the drugs to try and find some peace in her passing. I also feel the drug dependence is what led Mr. Blair to make the decisions he made and ultimately resulted in his arrest.

In conclusion, I would like to say that drug addiction causes good people to make bad decisions. I hope that the court will focus on the rehabilitation Mr. Blair needs in order to be able to return to his life and continue to be a valued family member, friend and advocate for the community.

Sincerely,

Allison Jett

Allison Jett

June 19, 2024

To Whom It May Concern,

I am writing this letter on behalf of Scott Blair. I have known Scott and his family for many years, we have mutual friends, and attended the same social and community events. In recent years we have found our professional roles intersecting in community support activities focused on building a healthier community through the mitigation of substance misuse, and support around those afflicted as well as their families.  Scott was active in meetings to support Perry County becoming a Recover Ready Community.  He has reached out to me in my role as health coordinator for Perry County Schools to provide resources such as guest speakers to students, and expressed intention to provide support to a community workshop held in April 2024 which was focused on supporting families who have borne the brunt of a loved one's substance misuse issues.  Scott and I had conversations about trauma informed care and the impact trauma of addiction and poverty has had on our community. He has a heart for service and for those who struggle with addiction.

In all professional instances I have found Scott to be motivated and sincere. Furthermore, he has been a friend who never hesitates to demonstrate concern and care for others.  It is not uncommon to see Scott in the grocery assisting his mother with her shopping. Unfortunately, the road to recovery is not straight nor without bumps and sometimes dead ends. Our community has been ravaged with drugs and unfortunately no one is exempt. Scott has been forthright about the issues he has had in the past with substances. I hope that through consequences of his actions Scott's situation is viewed through the lens of restorative practices by which he not only understands the responsibility for his actions but also has an opportunity to function at his highest potential.

Sincerely,

Cristiana Rush

Paula Combs
786 Gorman Hollow Road
Hazard, KY 41701
606-369-7569


June 16, 2024


RE: Scott Blair


To the honorable Judge Robert E. Wier:


I am writing this letter as character support for my friend Scott Blair. I want to bring to you information of the kind of person that he is despite the grave consequences that he is currently facing. I have known Scott for 46 years. I grew up with him in the small town of Viper, KY. Scott and I were classmates throughout elementary and middle school and friends in high school. I know Scott to be respectful and courteous to everyone around him. He has always been fair and free from prejudice. He is caring, kind, compassionate, considerate, patient, and generous. Scott is a very intelligent man and uses his intelligence to help others through answering legal questions and participation in many programs in the community to assist those in need. Scott uses his position as Commonwealth Attorney to help other future attorneys by talking with future law students about choosing to be an attorney as a career, allowing students participate in a shadowing program to better understand what a career as an attorney is all about, guiding students on the best study materials to use for the BAR exam. Scott is very sensitive to everyone especially the less fortunate. In July 2022, a flood hit our area extremely hard, hundreds to thousands of people lost their homes, belongings, vehicles, etc. Scott was very courageous and began assisting those in need by helping to find temporary housing, buying much-needed items such as clothes, personal hygiene products and food. Scott has always treated other people with respect, honor and honesty. His kindness and generosity definitely helped many in our area during this tragic time.

On a personal note, Scott has been a very good friend to my family and me. He helped my grandmother to make decisions regarding her future. He allowed my son to ask questions, shadow and participate in duties as the Commonwealth Attorney. My son finished law school, graduated in the top 5% of his class and is currently practicing law in a successful firm in Covington, Kentucky. He was supportive of a non-profit drug recovery program that our family began after the death of my younger brother in 2002.

I am very well aware of the charges he is facing and the consequences of those charges. I would like to plead for leniency. He is a well-mannered man and I am sure he has learned from this experience and will not think of repeating it.


Thank You,

Paula Combs

Paula Combs

June 29, 2024

To whom it may concern,

I am writing this letter on behalf of my dear friend, Scott Blair.  I have known Scott for over 35 years of my life.  I attended Dilce Combs High School and Transylvania University with him.  He is the type of person that is always there for you when you need him.

One particular time, I needed a place to stay while I was working during Christmas Break of my Senior year of college.  The campus was closed, and I really needed to keep this job.  So I called Scott and asked him and his roommate if I could stay at their apartment.  There was no hesitation.  I got the key and was able to work over the break and keep my job.  Besides this, I have watched him care for his mother when she was ill, and help endlessly with his nephew.

His kindness is above most people that I have known.  I know if I called him right now and said that I was hungry or needed a place to stay, he would make sure I have what I needed.  Every person makes mistakes in their life.  I don't think this one should define the person that I really know.

I hope you take this into consideration when looking at Scott's case.  Deep down he is a wonderful person that cares about his friends and family with all his heart.  I have prayed for him often during this time.  I pray that God gives him strength to endure this situation and has mercy on him.

Sincerely,

Melissa Begley Moore



**PERRY COUNTY**
**S C H O O L S**

**Board Members**
Berl Hurt, Chairman
Johnny Feltner, Vice Chairman
Denny Combs
Richy Miller
Lloyd Engle

**Superintendent**
**Kent Campbell**

**Deputy Superintendent**
Johnny Wooton
**Assistant Superintendent**
Kristie Gorman

**Chief Academic Officer**
Cindy Gabbard
**Chief Financial Officer**
Jody Maggard

**Director of Federal Programs**
Bridget Brewer
**Director of Pupil Personnel**
Jeff Castle
**Director of Technology**
Paula Boggs
**Director of Transportation**
Shannon Hoskins
**Director of Maintenance**
Steve Dixon
**Director of Special Education**
Harvey Colwell
**Director of Food Service**
Thomas Neace
**Director of Preschool/FRYSC**
Stephanie Wooton

**District Health Coordinator**
Cris Rush-Walker

**Instructional Supervisor**
Missy Moore
Josh Baker

**Energy Manager**
Larry Bruce Melton

**Activities Coordinator**
Bobby Keith Dixon

**Mission:** To provide a safe and engaging school environment where students are not only supported, but also challenged

**Vision:** To provide students with the tools to be post-secondary ready, community leaders, and innovative thinkers

Johnny Wooton
555 Ridgeview Way
Hazard, KY 41701
Johnny.Wooton@perry.kyschools.us
06/07/2024

Dear Honorable Judge Weir,

    I am writing to express my utmost respect for Mr. Scott Blair, who is currently facing legal proceedings before your court. I have had the privilege of witnessing firsthand many contributions Scott Blair has made to our community and it is important for you to be aware of his positive impact on our community.

    Mr. Blair has dedicated many hours and resources to improving the lives of those around him. From volunteering his time to feed the misfortunate during Perry County Schools Thanksgiving Outreach to donating countless amount of money and his time to our School System's sport teams, academic teams, and student organizations. Mr. Blair has consistently demonstrated a deep love and commitment to make our community a better place. He worked with our Care Cottage which is a wonderful organization that care for the needs of severely sexual and physically abused children of Perry County. He's an active supporter of parents who has children with Autism. And he has led the way of decreasing fentanyl overdoes in Perry County by 50% within a year of serving as our Commonwealth Attorney.

    In conclusion, I urge you to weigh the exceptional contributions and positive influence that Scott Blair has had on our community. I kindly request the court's leniency and consideration for a verdict that considers his genuine remorse, commitment to personal growth, and to continue his community service for Perry County citizens.

    Thank you for your time and consideration. If you need further information, please do not hesitate to contact me at work, 606-439-5813.

Thank You,

Mr. Johnny Wooton, Deputy Superintendent
Perry County Schools

**315 Park Avenue Hazard, Kentucky 41701**
**(P) 606-439-5813**

The Perry County Board of Education does not discriminate on the basis of race, color, national origin, age, religion, sex, genetic information, political affiliation or disability in employment, educational programs, or activities

June 2, 2024

To Whom it may Concern:

My name is Merill D. Collins, and I am the pastor of the Second Creek Church of God in Hazard, Ky., where I have been the pastor for 25 years. I am writing in regard to Scott Blair, he and I have been friends for most of his life. I have had the experience to sit under him as foreman of the grand jury, where he was the county attorney, and I witnessed firsthand how he dealt with each case with integrity, compassion and objectively.

He and I first became acquainted when he was a young man, working as a lifeguard at the perry county park. Throughout the years I watched him progress to becoming a highly influential man in our community. He graduated from law school and brought his expertise back to our county where he served as an attorney. In addition, he later became the commonwealth attorney. He continually supported different events in our area. For example, he would make yearly make donations to our vacation bible school, and princess party, where children learned of God and of becoming a positive member of our community. He supported these events with a free heart and without hesitation.

I will fully support Scott with his rehabilitation. I will be there to counsel; to help him reintergrate into society. I fully believe he will be able to once again be a productive member of our society. He has a network of friends and family to help when he is released.

Thank you for taking the time to review this letter, please feel free to contact me at Merilld.collins1964@yahoo.com or 606-216-4142 if you have any questions.

Respectfully,

Merill D. Collins

Lana Moore
19 Lillana Lane
Viper, KY. 41774

Honorable Judge Weir;

My name is Lana Moore. I am writing on the behalf of Scott Blair.

I am a life long resident of Perry County, Kentucky. I retired from teaching with twenty-seven years of service in 2019. I am also a member of Living Water's Church where I serve as the Director of the Children's C Ministery.

I grew up with Scott in the same neighborhood, attended the same school, and rode the same bus as Scott and his sister Missy. Scott was an excellent student, friendly, kind, and never in trouble.

Scott has been a loving grandson, son, brother, and nephew to all of his family. He has helped care for his grandmother and his mother who have struggled with long term illnesses. Scott was extremely close to his grandmother, and is to his mother Lynda as well.

Scott and I have continued our friendship into adult hood.

My last teaching assignment was at an Alternative School where I served children with emotional and behavioral disorders. Scott was serving on a committee with the United Way during this time. I reached out to him to see if there were any grants we could apply for to help my students get some wood working projects and tools to use for those projects. Scott was able to help me with a grant, and personally came to my classroom to meet our students and give them an encouraging word. He took time out of his busy schedule to make a difference in the lives of these children. The funds provided were enough to buy each of my students their own hammer, goggles, and three wood working kits for each student. My students and I will never forget this act of kindness. The wood working kits gave the children a project they could work toward and built up their self esteem. Without the generosity and help from Scott, this would not have been possible.

I'd ask that you take this into prayerful consideration when you determine his sentence.

Respectfully,

Liana Furgite Moore

Dear Judge.

I am writing this letter to express my utmost support for Scott Blair during his criminal sentencing. He is an exceptional individual who has made immeasurable contributions to our community, demonstrating unwavering dedication and compassion in his work with school youth and involvement in both sides of the judicial system.

Scott has been a remarkable presence in our community, tirelessly working with school youth and advocating for their well-being. His commitment to helping others extends beyond the boundaries of his professional roles, as he treats everyone with respect and goes above and beyond to assist those in need. I have personally witnessed Scott give away his own food to someone less fortunate and even purchase shoes for homeless individuals near the local courthouse. His acts of kindness and generosity are an integral part of his character and the positive impact he has on those around him.

Throughout his career, Scott has worked tirelessly in both the public defender's office and, most recently, as a prosecutor. His ability to see beyond the labels and treat every individual with dignity and respect is truly commendable. He has dedicated himself to working with at-risk defendants and youth, always striving to make a positive difference in their lives. Scott has gone above and beyond by providing essential items such as coats, shoes, and Chapstick to those experiencing homelessness in our community. His selflessness and commitment to helping others are qualities that make him an invaluable member of our community.

Unfortunately, Scott has faced personal challenges, including anxiety and depression. To cope with these struggles, he has made some regrettable decisions that led to poor choices. However, I firmly believe that these few missteps do not define Scott as a person, nor do they negate the immense good he has done throughout his life.

It is crucial to consider the entirety of Scott's character and contributions when determining his sentence. He has dedicated his life to helping others and bringing greatness to positive impact to our community far outweighs the mistakes he has made, and I believe that with the right support and guidance, he can overcome these challenges and continue making a positive difference.

I kindly request that you consider the numerous positive contributions Scott has made to our community when considering his sentence. By recognizing his past achievements and the immense good he has done, you have the opportunity to provide him with the chance for rehabilitation and growth. I firmly believe that he has the potential to learn from his mistakes and continue making a significant positive impact on our community.

Thank you for your time and consideration. I trust that you will weigh Scott's contributions to our community and the positive influence he has had on the lives of many. If there is any additional information or support that you require, please do not hesitate to contact me.

Yours sincerely,

Garrett Reece Jones
110 Hamilton Lane
Hazard, Ky. 41701

Dear Judge,

 I am writing to you today to express my support and deep respect for Scott Blair, who is facing sentencing for the charges against him. I have had the privilege of knowing Mr. Blair not only as a former prosecutor but also as a dear friend and a vital member of our community.

Throughout his career, Scott has dedicated his life to making our community a better place. He began his journey as a public defender, tirelessly advocating for those who couldn't afford legal representation. His passion for justice and fairness was evident in every case he handled.

 In addition to his work as a prosecutor, Scott has been actively involved with our community action group, At-Risk Youth and Transformational Employment. He has shown unwavering commitment to helping those in need and has been instrumental in implementing programs and initiatives that have positively impacted the lives of many individuals.

 It deeply saddens me to acknowledge that Scott has turned to drugs as a means to self-medicate for his major depression. I believe that this downward spiral is a result of his struggles rather than a true reflection of his character. His actions were out of character and a desperate attempt to cope with his mental health issues.

 Despite his wrongdoings, I implore you to consider the immense contributions Scott has made to our community. He treats everyone as if they are family and shows respect to individuals from all walks of life, regardless of their social or financial status. His genuine kindness and empathy towards others have touched the lives of many.

I firmly believe that Scott is capable of overcoming his addiction and becoming a productive member of society once again. He has expressed deep remorse for his actions and has shown a genuine commitment to rehabilitation. With the appropriate support and treatment, he has the potential for positive change.

 I kindly request that you take into account Scott's extensive community involvement, his dedication to his work, and his commitment to helping others. I ask for leniency in his sentencing and an opportunity for him to receive the necessary resources for rehabilitation and recovery.

Thank you for your attention to this matter, and for considering the broader perspective of Scott Blair's character and potential. I trust in your wisdom and discernment in making a fair and just decision.

Sincerely, Madison Jones

101 Millard's Lane
Bulan, Ky. 41722

Dear Judge,

I am writing this letter to express my unwavering support for Scott Blair during his upcoming criminal sentencing. As a family friend and a member of our community, he has been a highly regarded individual who has dedicated his time and efforts to making our community a better place. While Scott has made regrettable decisions and struggled with addiction, I have great hope that his positive contributions will be considered during this process.

Throughout his career as a prosecutor, Scott has worked tirelessly and selflessly to uphold justice, protect the rights of others, and maintain the safety of our community. His unwavering dedication, integrity, and commitment to service have been evident in his work, and he has positively impacted the lives of many through his professional endeavors. Scott has consistently demonstrated a genuine passion for making a difference, and his efforts have not gone unnoticed.

It is important to recognize that addiction is a complex issue that can stem from various underlying factors, including self-medication for mental health conditions such as depression. While I do not condone Scotts 's actions, I believe it is crucial to consider the circumstances that may have contributed to his struggles. His decisions were undoubtedly influenced by a battle with personal demons, and it is my hope that he receives the necessary support and resources to overcome these challenges.

I implore you, Your Honor, to consider the entirety of Scotts 's character and the significant positive impact he has had on our community. His past achievements and unwavering commitment to bettering the lives of others should not be overshadowed by a few bad decisions. Scott has always been a trusted and respected member of our community, and I genuinely believe that he has the potential to overcome his struggles and continue making a positive difference in the lives of others. I kindly request that you consider the numerous contributions Scott has made to our community when determining his sentence. By recognizing his past accomplishments and the positive impact he has had on our community, you have the opportunity to provide Scott with a chance for rehabilitation and the ability to rebuild his life.

 Thank you for your time and consideration. We trust that you will weigh the entirety of Scott's character and contributions when determining his sentence. If there is any additional information or support that you require, please do not hesitate to contact me.

Respectfully yours,

Chase Hamilton

97 Hamilton Lane

Hazard Ky. 41701

July 29, 2024

RE: Scott Blair (#234728)

Grayson County Detention

Leitchfield, KY

Dear Honorable Judge,

I am writing to provide a character reference for Scott Blair (#234728), who is currently before the court due to offenses committed while serving as the Perry County Commonwealth Attorney. I am aware that this is a serious matter, and I do not intend to excuse the actions of Scott. However, I would like to provide some context and share my perspective on his character.

Scott recently experienced the loss of his grandmother, a person who played a significant and stabilizing role in his life. The emotional impact of this loss was profound, leading Scott to struggle with overwhelming grief and depression. Sadly, to cope with this pain, Scott turned to substance abuse, which led to the regrettable actions under review.

I have known Scott for his entire life and can attest to his responsible and caring nature. He has always gone out of his way to help others. He has always had a huge caring heart and cares more about others than he does himself. I have never had a conversation, text message or social media message that did not end with him telling me that he loved me. He said it and I believed it because that is his character and who he is.

The loss of his grandmother was an unprecedented and deeply distressing event that shook him to the core. Scott, like me, is from a small family where our grandparents played a vital, leading role in every family member's lives. His grandmother, Irene Blair was his last surviving grandparent and was the center of his Life.  Everything he did in his career was a moment that Irene shared with everyone she knew. I think everything he did, he did for her and to make her proud of his accomplishments.

Being from Eastern Kentucky, it is not unusual for families to have close relationships with our grandparents who often time are the ones we look to guide us in our careers or go to whenever we need advice, guidance, or provide a foundation to lean on when we need help. Grandparents act as additional parents and for many of us that are fortunate enough to have this close relationship with our grandparents, their loss can be devastating. This type of relationship is unique to the people of Eastern Kentucky, and I do not think this type of bond is found in many other places in the world. This tragic circumstance led Scott down a path that was out of character. It is my belief that the offenses in question were not indicative of Scott's true character but rather a combination of extreme vulnerability and poor judgment, attempting to escape his daily personal grief.

Many of the accusations that I read in the media are not indicative of the person I know and love. Knowing Scott his entire life and his past struggles with substance abuse, I have been at times someone he could lean on or call to provide him with a kind heart when he only needed someone to talk to. I was out having dinner with my family when I saw him and his family around 3-weeks before he was arrested. We had an enjoyable conversation, and I did not notice anything strange about our interaction. All seemed normal about him. I cannot imagine he would function normally as he did if all the accusations made by many in his community were true. I have had friends and distant family members in the past who were drug addicts, and he did not have any of the characteristics they had such as body markings / sores, or an inability to function at his job or in life.  Again, because he did not have any of the traits that I had seen in the past (with distant family addicts) I

was stunned and heartbroken by many of the accusations against him. I know I am not an expert in this subject matter, nor am I around Scott all the time, but the person I saw did not fit the typical pattern.

Since his arrest, Scott has shown genuine remorse and an ardent desire to make amends. I hope he has been or will be given professional help and can actively participate in therapy and support groups to address his substance abuse and mental health challenges. Based on conversations with his family and his friends, I do believe that Scott is committed to turning his life around and making positive changes.

I respectfully ask that you consider these mitigating factors when deciding on Scott's sentence. I firmly believe that with the appropriate support and guidance, he can overcome this difficult period and reestablish himself as a productive member of society. A compassionate sentence that includes rehabilitation and counseling would be instrumental in helping Scott rebuild his life.

Thank you for taking the time to consider my letter. I am hopeful that Scott will have the opportunity to demonstrate his true character and make amends for the actions taken during a time of great personal distress.


Sincerely,

*Regina H. Summers*

Regina H. Summers

Distant Cousin / Family Friend

—

School of Architecture College of Design

School of Architecture | Senior Lecturer

School of Architecture | Social Media Curator

School of Architecture | Admissions Committee, Chair

University of Kentucky | College of Design, Alumni Council Representative

The Gray Design Building

University of Kentucky

College of Design

349 Scott Street

Lexington, KY 40508

Office: 127 D

McGUIRE
WOOD &
BISSETTE
L A W   F I R M

June 4, 2024

The Honorable Robert E. Wier
United States District Judge
US District Court
101 Barr Street
Lexington, KY 40507

Dear Judge Weir,

I am reaching out as a former law school classmate of Scott Blair.  Scott was an excellent law student, an extremely bright study partner, and a great friend. Scott was a Groomsman at my wedding. We have not been close since law school because we live in separate states. We have been in touch from time to time and he has always been quick to reach out with a kind word to my family or I were experiencing hardship.

Given the love, kindness, and generosity that Scott shared with me during our time in school and after, I would do anything to support him. Sadly, I'm aware that Scott has struggled with mental health and addiction issues throughout his life. While I know it does not excuse his behavior.  His mental health battle does provide some explanation for the decisions he has made over the last several years. These are not actions that I can attribute to my friend taking when he was healthy.

I am hopeful Scott receives treatment for his mental health and addiction as part of any sentence. I would ask you to consider the fact that he has taken responsibility for his actions and needs treatment as part of sentencing.

Sincerely,

Andrew D. Atherton, Attorney
KY Bar # 88349
NC Bar # 28236

4873-1688-5957, v. 1

SMART LEGAL

PHONE 828.254.8800 / FAX 828.252.2438
PHYSICAL ADDRESS Drhumor Building / 48 Patton Avenue / Asheville, NC 28801
MAILING ADDRESS P.O. Box 3180 / Asheville, NC 28802
mwblawyers.com

To: Honorable Judge Robert E. Weir
Fr: Jennifer Campbell, LPCA
RE:Scott Blair

June 18, 2024

I am writing this character reference on behalf of Scott Blair. I have known Scott in both a personal and professional capacity for many years. My family and Scott's family have lived within close proximity in our small rural community for my entire life and we have shared regular family gatherings, special occasions and life milestones within that capacity. While he is a bit older than me, Scott and I have grown up together and known each other since we were young children. Our families have been close personal friends throughout my entire life of 48 years. During that time, I have known that Scott has struggled from time to time with addiction. I have also known that Scott is a giving, compassionate, family oriented person that gives of himself beyond measure to make those around him feel loved and cared about.

I have worked for the past 23 years in a human services capacity between alcohol and drug treatment and child protective services/child advocacy services. Between 2022-2023, I worked closely alongside Scott as the Child Advocate for the KY River Child Advocacy Center, for which Scott served as prosecutor for cases that filtered through the agency. In such a capacity, I worked in close proximity with him on cases and I witnessed Scott give his service tirelessly to defend the children of Perry County and fight for justice for some of the most vulnerable individuals in this area. Scott never failed to show up for any outreach that we requested his help with at the CAC, he knew each case by name and showed the utmost commitment to prosecuting these cases to the fullest extent of the law in a capacity that would gain justice for the children. This was not just a job to him, it was a passion. He served these children well during the time I worked with him and gained justice in the court system for many children. Scott went above and beyond to stand in the gap for these children. He made every effort to know these cases personally, he regularly attended Multidisciplinary Team Meetings to gather information about the children and families from multiple community partners while working on these cases and he never failed to attend and promote services for the CAC. In fact, in 2022, he was recognized as a Legendary Partner by Children's Advocacy Centers of Kentucky and recognized by Governor Andy Beshear for this award.

As stated above, I have also worked in the capacity of substance abuse treatment throughout the past 23 years, currently as a Licensed Professional Counseling Associate in a residential treatment facility for men. I know all too well the impact that drugs can have on a person's ability to perform the duties of their job without interference and I see on a daily basis that addiction is no respecter of age, race, religious affiliation, sexual orientation, economic status or occupation. It is a vicious illness of the brain that impacts every decision that a person makes. I have seen addiction destroy some of the kindest, most hard working, dedicated souls that poured their hearts into their jobs. I am well aware that one wrong decision could, in fact, leave me in the same position as the many others and that I, myself, am not above being ravaged by the terrible

disease despite my education, employment or community status. However, in most recent years, since I have witnessed a shift from punishing the disease to focusing on rehabilitation, I have witnessed many individuals that society labeled as "too far gone", individuals that have committed terrible crimes to feed their addiction, rise from the ashes of their addiction and change their lives, get set back on the right path and do many good and positive things for themselves and for society. I know that, given the opportunity, Scott can turn his life back around and do many good things to help others. I know this because I have witnessed him do many good and positive things for society in both a personal and professional capacity. Yes, he made a huge mistake, he violated the law and the trust of those he served, but this one huge mistake does not define who Mr. Blair is as a personal friend or professional colleague when he is functioning at his capacity. As referenced by the diagnostic criteria in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR) referencing Substance Use Disorder Diagnostic Criteria E. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

My purpose for writing this reference is to give you insight into Scott's heart and to ask that you consider the state of his heart and the state of his mind when these offenses occurred and take this insight into consideration when determining his sentence. I know that this is not how Scott's story will end. If I know anything about Scott, I know that he can and will come back from this setback to help people in whatever capacity he is able.

Respectfully,

Jennifer Campbell

06/01/2024

Dear Judge,

I am writing you to provide a character reference for Scott Blair, who is my friend and whom I have known for nearly fifteen years. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Scott demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. He has always been a person of high moral character, displaying honesty and truthfulness in all interactions. Scott has always shown respect for others, treating individuals from all walks of life with dignity and kindness. I personally once witnessed a man that had went to LKLP (Scotts previous employer) for food donations, and there were none left, be helped by Scott. Scott went to the employee area and retrieved his own lunch and every snack he had to feed this person. He did not know this man personally; he only knew he needed food. When my aunt passed away Scott came to the service and continued to show support. My father passed away in February of last year, and through all of Scott's private personal struggles, his compassion still was unwavering, as he was present for the services and kept a close check on my mother. As a board certified psychiatric mental health nurse practitioner, who just recently graduated with a Family Nurse Practitioner degree, and is currently pursuing my Doctorate in Nursing, I feel that I would not be where I'm at today had it not been for Scott's compassion and eagerness to support a person in recovery. Today I am a professional who is in long term recovery, many years ago Scott wrote a character letter for me when I was suffering from addiction, which allowed me to participate in Recovery Court / Drug Court. He believed in my character before addiction had distorted it, and now I provide addiction and mental health treatment for persons who are suffering. Addiction can alter the best people into stark opposites of themselves. Thankfully today, recovery is possible and is more accessible than ever. I know many people who Scott has helped for nothing in return and never once spoke about it again or never requested recognition. Scott helped in getting the rocket docket program set up in Perry County, which lowers jail costs and quickly identifies persons needing treatment for addiction. Scott also partnered with Rep. Chris Fugate to get a bill passed (HB 215 or Dalton's Law) requiring fentanyl traffickers to serve at least 85% of their prison sentence. That law was greatly needed as our small rural town in Eastern Kentucky has been hit hard with fatal fentanyl overdoses. During Scott's time in long term recovery, he made attributions to my community and the citizens of Perry County that can never be replaced.

Based on my knowledge of Scott, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Scott is a person of integrity who made a mistake and is deeply remorseful for the consequences he has caused. I have described to you one of the best depictions of a person possible, however wonderful people who are in long term recovery from substance abuse, may relapse one day and do uncharacteristic and discordant things. The beauty is that today recovery is still possible and amends to the community and victims can be made. Scott's personal battle with mental health

issues such as treatment resistant depression, led him to seek the relief he wasn't finding in antidepressants. He was self-medicating with mood changing and mind-altering substances which led him back down the road to active addiction.

I kindly request the court's consideration of Scott's overall character and previous contributions to society. I am confident that with appropriate treatment and guidance, he will once again positively contribute to the community. I firmly believe that he deserves an opportunity for redemption and rehabilitation. In recovery, Scott's unmatched compassion and also his level of education makes him better suited for helping people, and not merely going to waste incarcerated.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,


Deonna Campbell, APRN-PMHNP-BC, FNP,



**PRIMARY CARE CENTERS**
**OF EASTERN KENTUCKY**

May 31, 2024

Dear Judge Weir,

I am writing to you today to express my unwavering support for Scott Blair, our Commonwealth Attorney, who has recently been arrested on drug charges and allegations of inappropriate conduct. In my capacity as an internal medicine physician and the medical director at Primary Care Centers of Eastern Kentucky, I have had the privilege of working closely with Scott Blair on numerous occasions. His commitment to addressing substance abuse within our community has been both profound and impactful.

Scott Blair played a pivotal role in the establishment and efficient functioning of our local court system, particularly in processing Casey's Law evaluations. This initiative has enabled countless family members to secure necessary treatment and rehabilitation for their loved ones struggling with addiction. Scott's personal experience with substance abuse, which initially motivated him to seek the office of Commonwealth Attorney, has endowed him with a unique and empathetic perspective. This perspective has driven him to tirelessly support and assist individuals battling similar issues.

Throughout his tenure, Scott has demonstrated an unwavering dedication to helping those affected by substance abuse. His efforts have facilitated the recovery of hundreds of individuals within Perry County and beyond. He has been instrumental in coordinating numerous programs aimed at providing comprehensive support and rehabilitation for those in need. His collaboration with our medical center has been invaluable in our mission to combat substance abuse and support recovery within our community.

Scott has also long suffered from depression, which has undoubtedly influenced many of his decisions. His struggles with mental health have often led him to make poor choices as a means of coping. Despite these challenges, Scott has continued to channel his experiences into positive actions for others facing similar battles.

I am deeply aware of the serious nature of the charges against Scott Blair. However, I urge you to consider his extensive contributions to our community and his genuine commitment to helping others overcome addiction. Scott's personal struggles with substance abuse and depression have not hindered his capacity to serve but have instead fueled his determination to make a difference.

In light of his significant positive impact and his dedication to public service, I respectfully request leniency in his sentencing. Scott Blair's unique insight and dedication to substance abuse rehabilitation make him an irreplaceable asset to our community. His continued presence and work are vital to the ongoing efforts to address and mitigate the effects of substance abuse within our judicial system.

Thank you for your time and consideration of this letter. I trust that you will take into account Scott Blair's remarkable contributions and his potential for continued positive impact when making your decision.

Sincerely,

Dr. John Jones
Medical Director Primary Care Centers of Eastern Kentucky
101 Town and Country Lane Suite 500
Hazard, KY 41701
Office:(606) 435-7519
Fax: (606) 435-7524

**From: Sharon Caldwell**
POBox 7205
825 Pecan St
Hazard, Ky 41701


June 29, 2024


To: Honorable Robert E. Wier
US District Judge
Eastern District of Kentucky
101 Barr St
Lexington, KY 40507


**Re: Scott Blair**

Dear Judge Weir,

I am writing this letter on behalf of Scott Blair. My connection to the Blair family goes  back about 54 years. I went to school with Scott's mother and have remained friends throughout the years. I have known Scott all his life.

I became extremely close to Scott after he graduated from law school and came back to Hazard to practice law. I was a Transportation Hearing Officer (retired after 34years) and my job dealt mostly with problem drivers, driver license suspensions and I was a record custodian that could provide certified driving records needed in court. Scott had to come to my office a lot on behalf of his clients. Since I already knew Scott, we developed a deeper friendship.  During this time Scott's parents were going through a divorce and I learned that you are never too old to be devastated by the break up of your parents marriage. Scott would confide in me, ask advice and looked at me as a mother figure. Scott spent a lot of time at my house during this time. He would stay 3 to 5 nights a week with me. Scott was very depressed and needed a soft place to land. I was that place. His mother began to call me Other Mother and I called her Birth Mother. We still call each other by these names and it's a title I'm proud to hold. Scott loved his mother deeply and could not bear to see her hurt. He was so depressed during this time. I was always there for him and my door was always open to him.

Time passed, wounds healed, but the depression never left. It was a battle he fought daily. He did talk therapy and tried medications. It would help for awhile but not for long. I have stayed close to Scott through many things for many years. The worst was the loss of his grandmother. I believe Scott loved his grandmother more than anything on this earth and she absolutely adored him. I knew when she died it would destroy Scott. I have never seen anyone love their 'Meemaw' like Scott did and I have never seen anyone love a grandchild like "Meemaw" loved Scott (Scott was her only grandson). Meemaw died on July 22, 2021 at the age of 96. It broke Scott. He went into a depression I was afraid he'd never recover from. I'm not sure he did.

Scott suffered depression for his entire adult life. It has rendered him unable to function at times. He has sought professional help and medication. The last time we talked about his medication was his doctor had prescribed ketamine. That concerned me as I wasn't familiar with it as treatment for depression. Depression has been a constant battle and one that seems to always defeat him.

Judge Weir, I believe I know Scott better than anyone, with exception of his mother. These actions he has pled guilty to are not the true representation of Scott Blair. Scott has always been honest, kind, compassionate and would give you his last dollar if you needed it. Scott always volunteered for Salvation Army, United Way, Care Cottage (domestic violence shelter), the local animal shelter, local school ball teams, recent flood victims and many more.  This is the Scott Blair I know. I talk to Scott weekly. He cries, I cry. He is remorseful. He is sorry. He worries so much about his mother.

I believe, from talking with Scott, he will seek intensive counseling and work to find a solution to his depression. He has the love and support from his family and many friends.

Please take in consideration of Scott's clean record and the person he has been in the past when it comes time to sentence him.  He still has so much good to offer to a community.

Thank you for your consideration,

Sharon Caldwell

Sharon Caldwell

June 27, 2024

To Whom it may Concern;

My Name is Brenda Fields
I have been a resident of
Perry Co., Hazard, Ky for 74 years
I am a self-employed
member of my comunity for the
past 54 years. I have
Known Scott Blair and his
family 40+ years. Scott
grew up with fine family
hard working and pillars of
our comunity. Scott was very
close to his "Memaw" as he
called his grandmother. Her
passing really took a toll on Scott.
His already battle with depresion
her passing caused him to become
lost in his way. Scott had just
won his term for Comonwealth
Attorney and had taken on
a job that was overwhelming.
Being in the eye of the
public is a lot of pressure
Scott is a very up beat, well liked
person.                    ——>

being that person, left scott with
alot of keeping up the publics
perspective of him. Scotts a
people pleaser and would help
anyone. He made no difference in
wheather someone was rich or
poor. He would fit in anywhere.
Scotts loss, of his grandmother,
his parents divorce, his auntie,
Nephew brought Scott alot
of responsibility and pressure.
with all the pressure of
becoming a lawyer, having a
different sexual orintation,
Scott became surely depressed
wich lead to embarassment
to him. He moved from his
family to California to see if
the move would help his
mental condition improve. &
while being away and missing his
"MeMaw" majaled his depression
Scott sought medical treatment
and never could get the correct
medication regimin and his symptoms
got so bad he would be bedridden
for weeks at a time

which caused his job and career to suffer. Scott being a people pleaser began self medicating to try and fix himself and it just got out of hand. I think this matter has been a blessing to Scott now he's free from the bondage of trying to fix himself and maybe what is depression has come to light he can get proper assistance and get a life he can life live again. Please don't rip him of his license Scott's a good lawyer and Henry Co. he needs to give back to his community. I know he's so embaressed and hurt broken for letting the people who believe in him down. But we are these people and we support help Scott make his no tale right. Scott does not need jail he needs a medical facily and/or Probation with Medical stipulations. Jail time in his hands would not be good for him.

he has so much to offer the
Cmmuniy and the people A Peny Co.
We Need our Scott. Home.

Thankyou for give
me to Read this this's heart
felt lettr.

Truely

Brenda Fields