**Penelope Moore**
57 Pleasant Lane
Bulan, Kentucky 41722
606-436-8548; pnelope1@aol.com

To Whom It May Concern:

My name is Penelope Moore. I am a lifetime resident of Perry County, Kentucky, and a lifelong friend of Scott Blair. My family and Scott's family have known each other longer than Scott or I have been in this world. Our grandparents, parents, sisters, aunts, uncles, and cousins have crossed each other's lives many times as we lived, worked, and grew up in our community. We have a saying in the mountains, "there's family that we are born into, and family that we are loved into." Scott and his family fit into the latter.

I followed my parents into the world of Education, as did my sister. One of my father's first teaching positions was that of Art Instructor for a class that included Scott's mother along with several of my family members. The bond between our families started to take hold. Later, Dad had the privilege of working with Linda at the Central Office.

I was blessed to work with children from Kindergarten to High School, with the bonus of working as a consultant at the Kentucky Department of Education and retiring as an Elementary School Principal. Through my position, Scott and I were always crossing paths on committees and Community Boards.

Scott is several years younger than I am, closer in age to my sister and cousins, but as is the case in most small towns, we keep an eye on each other from our "front porch." We watched Scott with pride as he worked within the community to make it better for others. Scott was a community builder and an activist for the transformative power of lifting others up so they can find their potential. Scott is one of those people whose mere presence makes the world a better place. I can write that without hyperbole, I know it to be true from experience. When you are with Scott, he brings a smile to everyone's face and laughter in their heart. You can't help but to feel the compassion he brings to everything that he does. I had the honor of serving on the Tourism Board with Scott. He always made certain his decisions were based on facts and stood firm in his beliefs that the decisions made needed to be fair and equitable for everyone. When you get to know Scott, you find he is very unassuming and deeply empathetic. He's not afraid to show he cares about our community and express his love for the people that trusted him to serve in his position. In this

cynical time in which we live, how refreshing to find a professional that truly listens and cares about others.

I believe in Scott and I hope this letter has provided you a small glimpse of the Scott Blair that I know and love. My parents always taught my sister and myself that we are all one irrational decision from changing the trajectory of our path in life. To make certain our decisions lead us forward, and never lose our integrity in the decisions we make. Knowing Scott, I'm sure he is thinking daily about the decisions he made that has led him on this path in his life.

Scott is loved and has the support of family and friends, just as he has wrapped his arms around us and supported us over the years, we are all wrapping our arms around him. I hope that this small snapshot of Scott will be helpful in the decision that the Courts will make to decide Scott's future trajectory.

Thank you for your time and consideration,

Respectfully,

*[signature]*

Penelope Moore