August 28, 2024

Honorable Judge Wier,

It is with great care & concern that I write the Court regarding my good friend, Scott Blair.

Scott and I met at Chase Law School in 1997, when he was a first year law student and I was a 2L. Although I was 17 years his senior, we quickly formed a bond that has last 27 years. We studied together, shared perspectives on, and debated the law. I admired his universal friendliness & especially his love for his home, Perry County. He would often express homesickness and drive the 6 hour round trip overnight to visit family there, returning to early class the next day.

In 1999, we interned together at the Adams, Stepner, Woltermann & Dusing firm in Covington. We were 2 of only 3 interns selected for the internship. Although graduation separated us, we have remained in contact through the years, meeting up at the KBA convention, via social media, calls & messaging.

I was honored to support his campaign & success in being elected Perry County Commonwealth's Attorney & was happy for the citizens of Perry County for his election. He has accomplished much in his tenure there.

Above his intelligence, comradeship & professional drive, the Court should be aware of his compassion to others, which I witnessed through the years & discussed with him many times regarding the hardships of others. Scott does not have a malicious bone in his body. I personally experienced his compassionate character recently when he sent me an art print to commemorate the passing of my Mother.

I realize Scott has committed indiscretions, & has, in fact, admitted to breaking the law. However, I believe his addiction overrode any logic he could exercise. In my experience representing defendants for 19 years, I witnessed in them craving & loss of control over the drug & continued involvement despite consequences.

My fervent hope is that the positive things which exemplify Scott's life will outweigh his actions in this matter, & heavily mitigate the penalty the Court must exact.

I thank the Court for consideration of these thoughts.

Sincerely,

Angela Denise Redwine
Attorney-at-Law (retired) (active)