UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:24-CR-028-REW-01    At London    Date September 5, 2024

USA v. Scott Blair    X present  X custody  __ bond  __ OR  Age 52

DOCKET ENTRY: The parties appeared as noted. The Court confirmed that all victims had been notified per FED. R. CRIM. P. 60. The United States orally confirmed that no victims will participate in today's hearing, although L.M.'s letter is in the record.

The Court confirmed that all parties received the Presentence Investigation Report (PIR) and had adequate time to review the report. Defendant orally confirmed he had ample time to thoroughly review the report and was ready for today's sentencing.

The Court **ADOPTS** the **PIR** prepared by the United States Probation Office as to its findings, including Guidelines calculations. The **PIR** shall be filed under seal. The Court inquired about a specific guideline memorialized in the PIR's loss table valuation. *See* PIR ¶ 51  The Defendant was assessed four points—the value of the consideration in the bribery scheme. The Defendant orally agreed to the United States's methodology of calculation and the calculation's result. The Court **GRANTS** the United States's oral motion for § 3E1.1 Third Level Reduction.

The Court heard statements on Defendant's behalf from Linda Combs. The Court heard counsels' arguments as to the proper sentence, and Defendant allocuted. The Court orally announced the sentence and will issue a separate Judgment.

PRESENT: HON. ROBERT E. WIER, UNITED STATES DISTRICT JUDGE

| Melissa Reynolds | Michelle Sliter | Kimberley Keene | Justin Blankenship |
|---|---|---|---|
| US Probation Officer | Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Dft  Ned Pillersdorf    X present    X retained    __ appointed

**PROCEEDINGS**: SENTENCING (**Non-Evidentiary**)

____  Objections to the Presentence Investigation Report are **SUSTAINED/OVERRULED** as the transcript will reflect.

  X   No objections to the Presentence Investigation Report.

____  The Court Reporter shall transcribe the portion of the hearing involving the Objections to the Presentence Report and file in the record.

  X   Court's Advice of Right to Appeal read to defendant, a copy provided to Defendant, and he confirmed understanding.

  X   Transcript shall be deemed as written findings of Court.

| X | Judgment shall be entered (See Judgment & Commitment.) |
|---|---|
|   | Defendant to remain on bond and on conditions of release. |
| X | Defendant remanded to the custody of the United States Marshals Service. |

Copies: COR, USP, USM
Initials of Deputy Clerk: mrs
TIC: 1/40



Signed By:
*Robert E. Wier* REW
**United States District Judge**